IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-02-00198-CR

 

Mark Anthony Lasher,

                                                                                    Appellant

 v.

 

The State of Texas,

                                                                                    Appellee

 

 



From the 12th District
Court

Leon County, Texas

Trial Court No. CM-01-203

 



ORDER ON Opinion



 

Appellant’s motion for rehearing is denied. 
The Court’s Memorandum Opinion and judgment, dated March 29, 2006, are
withdrawn, and the opinions and judgment dated July 12, 2006, are substituted
therefor.

PER CURIAM

 

Before
Chief Justice Gray,

Justice Vance, and

Justice Reyna

Order
issued and filed July 12, 2006

Do
not publish